JOHN J. FRANCIS v. UNITED JERSEY BANK.

Jan. 14, 1980. Petition for certification granted. (See 171 *N.J.Super.* 34)

STATE OF NEW JERSEY v. RONALD L. O'BARA.

Jan. 14, 1980. Petition for certification denied.

SHERMAN VIRDEN v. TRAVELERS INSURANCE COMPANY.

Jan. 14, 1980. This matter having been submitted to the Court as a petition for certification, and the Court having considered the same and having determined that the matter is interlocutory and should be considered as an application for leave to appeal; it is hereupon ORDERED that the motion for leave to appeal is denied. (See 167 *N.J.Super.* 209)

HOWARD LONSK v. EDWIN PENNEFATHER.

Jan. 14, 1980. Petition for certification denied. (See 168 *N.J.Super.* 178)

STATE OF NEW JERSEY v. JAMES JACKSON JOHNSON.

Jan. 14, 1980. Petition for certification denied.